1  MCGREGOR W. SCOTT
   United States Attorney
2  ERICA L. ANDERSON
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN D. MURDOCK,<br><br>　　　　　　Defendant. | CASE NOS. 2:16-PO-00437-AC<br>　　　　　　2:18-PO-00112-AC<br><br>**STIPULATION AND [PROPOSED]**<br>**PROTECTIVE ORDER**<br><br>DATE:　August 6, 2018<br>TIME:　9:00 a.m.<br>JUDGE: Hon. Allison Claire |

Plaintiff United States of America, by and through its counsel of record, and defendant, John D. Murdock, by and through his counsel of record, hereby stipulate for entry of a Fed. R. Crim. P. 16(d)(1) protective order governing the disclosure of certain discovery by the government to defendant in this case, stating as follows:

1. The United States has in its possession 25 pages from the personnel file of United States Forest Service Officer Daniel Cruz (the "personnel file pages") that contain unsubstantiated allegations regarding Officer Cruz's work performance made by a former supervisor of Officer Cruz;

2. The personnel file pages were the subject of a protective order issued by this Court in a 2015 criminal prosecution, *see United States v. Caza*, 2:15-mj-00170-AC;

3. The United States is also aware of a matter involving a complaint against Officer Cruz by a criminal defendant (the "complaint matter"), but at this time the United States Attorney's Office has

no documentation regarding such complaint nor any reason to believe said complaint is credible;

4. The parties agree that good cause exists to limit the disclosure of the personnel file pages and complaint matter in the above-captioned matter, including *United States v. Murdock*, No. 2:16-po-00437-AC and *United States v. Murdock*, No. 2:18-PO-00112-AC (this "Pending Criminal Matter"), because public disclosure and wide dissemination of the personnel file pages and complaint matter is likely to compromise individual privacy interests;

5. The parties agree that the proposed protective order submitted with this stipulation is narrowly tailored to apply only to the personnel file pages and complaint matter and not to all discovery produced or to be produced by the United States; and

6. The parties agree that the proposed protective order submitted with this stipulation makes ample provision for defense preparation.

IT IS SO STIPULATED.

DATED: July 31, 2018　　　　　　　　　　　Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ *Erica L. Anderson*
ERICA L. ANDERSON
Special Assistant U.S. Attorney

DATED: July 31, 2018　　　　　　　　　　　/s/ *Linda C. Allison* (as authorized on 7/31/18)
LINDA C. ALLISON
Assistant Federal Defender
Counsel for Defendant

# [~~PROPOSED~~] PROTECTIVE ORDER

IT IS ORDERED THAT good cause exists to limit disclosure of the discovery materials to be disclosed by the United States to the defendant, specifically 25 pages from the personnel file of United States Forest Service Officer Daniel Cruz (the "personnel file pages") that contain unsubstantiated allegations regarding Officer Cruz's work performance made by a former supervisor of Officer Cruz, as well as a matter involving a complaint against Officer Cruz by a criminal defendant (the "complaint matter").

IT IS FURTHER ORDERED THAT pursuant to Fed. R. Crim. P. 16(d)(1), the discovery materials identified above—the personnel file pages and complaint matter—may be disclosed to defense counsel of record, and his or her legal associates, investigators, paralegals, clerical employees, and the defendant involved in *United States v. Murdock*, No. 2:16-po-00437-AC and *United States v. Murdock*, No. 2:18-PO-00112-AC, as long as such disclosures are made solely for the purpose of preparing a defense to the charges pending in that case. The personnel file pages and complaint matter may not be disclosed to other persons without an order of the Court upon a showing of particularized need. Defense counsel of record may make copies of said material.

IT IS FURTHER ORDERED THAT the personnel file pages and any documents disclosed by the United States to the defense that pertain to the complaint matter must be returned to the United States Attorney's Office no later than after the time to appeal has expired.

IT IS FURTHER ORDERED THAT any and all copies of the personnel file pages and complaint matter are subject to the same disclosure restrictions, and must be returned to the United States Attorney's Office with the original after the time to appeal has expired.

IT IS SO ORDERED.

DATED: August 1, 2018

HON. ALLISON CLAIRE
United States Magistrate Judge